```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

GERBER SCIENTIFIC                  :
INTERNATIONAL, INC.,               :
                                   :
     Plaintiff,                    :
                                   :
v.                                 :    No. 3:06CV2024(CFD)
                                   :
ROLAND DGA CORPORATION,            :
                                   :
     Defendant.                    :
```

<u>Ruling on Defendant's Motion to Compel</u>

The plaintiff, Gerber Scientific International Inc., brings this patent infringement action against the defendant, Roland DGA Corp. Pending before the court is the defendant's motion to compel. (Doc. #139.) Having considered the arguments made by the parties in their papers and during oral argument, the motion is granted in part and denied in part as follows:

1. Interrogatory 5 tracks the text of Fed. R. Civ. P. 26 and is unobjectionable. The plaintiff's answer, in which it cited to the deposition testimony of the defendant's witnesses, is not sufficient. The defendant's motion to compel a response is granted. The plaintiff shall provide a supplemental verified response as to those individuals who have not been deposed.

2. Interrogatory 6 requests, <u>inter alia</u>, that the plaintiff identify the relevant area of art(s). The motion to compel is granted. The plaintiff shall provide a supplemental verified response.

3. Interrogatory 7 is denied as moot. The plaintiff did not

assert an objection and during oral argument, the defendant represented that there was no further dispute as to this request.

SO ORDERED at Hartford, Connecticut this 27th day of January, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge